# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND BROWN,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-2499** |
| | : | |
| **DENIS P. COHEN,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 6th day of October 2022, upon consideration of Raymond Brown's Motion to Proceed *In Forma Pauperis* [Doc. No. 1], his *pro se* Amended Complaint [Doc. No. 4], and his Emergency Motion for Preliminary Injunction [Doc. No. 5], it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is deemed **FILED**.

3. The Clerk of Court is directed to **TERMINATE** Helen Fitzpatrick as a Defendant.

4. Brown's Amended Complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Brown filing a new § 1983 action, but he may do so only in the event that his underlying convictions are reversed, vacated, or otherwise invalidated.

5. Brown's Emergency Motion for Preliminary Injunction is **DENIED**.

6. The Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**